**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2697-REB-BNB

CARL HUTCHINGS,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and
SEAGATE US LLC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Stipulation for Dismissal With Prejudice** [#22] on August 29, 2005.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#22] filed on August 29, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3.  That the trial preparation conference set for January 27, 2006, and the trial to court set to commence February 13, 2006, are **VACATED**.

Dated this 29th day of August, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge